IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TADESSES BUTLER,           }
                           }
    Plaintiff,         }
                           }      CIVIL ACTION FILE
vs.                    }     NO. 5:14-CV-00055-LGW-RSB
                           }
THE CITY OF DOUGLAS, GEORGIA, }
et al.,                    }
                           }
    Defendants.    }
                           }

**PLAINTIFF'S NOTICE OF FILING ORIGINAL DISCOVERY:
DOUGLAS, GEORGIA'S INSURANCE COVERAGE
FOR LAW ENFORCEMENT LIABILITY**

COMES NOW the Plaintiff, Tadessus Butler, and notifies the Court and the parties hereto that he herewith files original discovery supplied to Plaintiff by Defense Counsel consisting of the Declarations Page and attachments from the City of Douglas' Insurance Policy reflecting the purchase of insurance coverage for liability arising out of the actions of Law Enforcement.

This the 12th day of October, 2015.

                                         S/ G. BRIAN SPEARS
                                         Bar No. 670112
                                         Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306

Thomas F. Richardson *
Mary Mendel Katz
Emmitte H. Griggs
Jon C. Wolfe
Brown W. Dennis, Jr.
David N. Nelson
John J. Makowski
Norman C. Pearson III
Larry W. Fouché
Frances L. Clay
Jason D. Lewis
Christi Horne James
J. Travis Hall
Joseph D. Stephens
Elizabeth I. Ford

Of Counsel
J Pope Langstaff

*Admitted in GA & NC*
*All others admitted in GA*

# CHAMBLESS HIGDON RICHARDSON KATZ GRIGGS LLP

ATTORNEYS AT LAW                    www.chrkglaw.com

3920 Arkwright Road • Suite 405 • P.O. Box 18086 • Macon, GA • 31209-8086
Telephone (478) 745-1181 • Facsimile (478) 746-9479

Associated Counsel
Robert D. Langstaff, Jr.
Langstaff Law LLC
1916 Dawson Road
Albany, GA 31707

Atlanta Office
Midtown Promenade II
1230 Peachtree St., Suite 1900
Atlanta, GA 30309

October 13, 2014

REPLY TO MACON
trichardson@chrkglaw.com

Via E-mail: bspears@mindspring.com
Mr. G. Brian Spears
1126 Ponce de Leon Ave., NE
Atlanta, GA  30306

Re:   Tadesses Butler vs. The City of Douglas, Georgia, Kerry Moore, Joseph Stewart,
      Dustin Peak, and Joseph Brackett
      U.S. District Court – Southern District of Georgia – Waycross Division
      Civil Action No. 5:14-cv-00055-LGW-JEG

Dear Brian:

Enclosed, please find a copy of the Declarations Page from the city's insurance policy. This is being provided as a supplement to the Defendants' initial disclosures previously served on you. If you have any questions, please feel free to give me a call.

Sincerely,

J. Travis Hall

JTH/ww/44334

Enclosure



**OneBeacon**
INSURANCE GROUP

Atlantic Specialty Insurance Company
150 Royall Street
Canton, MA 02021

(781) 332-7000
* A Stock Company

**@vantage**

for OB Government Risks

# Common Policy Declarations

**Named Insured and Mailing Address**
CITY OF DOUGLAS
PO BOX 470
DOUGLAS, GA 31534-0470

**Policy Number** 791-00-06-66-0000

In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.

**Policy Period:** from June 15, 2013   to June 15, 2014
at 12:01 A.M. Standard Time at your mailing address shown above.

The Named Insured is a(n): Governmental Entity

**Business Description:** GA CITY

**Producer**
PUBLIC RISK UNDERWRITERS OF GEORGIA,
INC.
4725 PEACHTREE CORNERS CIRCLE #370
NORCROSS, GA 30092

**Total Premium**
At inception: $259,431

**Forms applicable to all Coverage Parts:**
See ASC 00 11 01 98, Schedule 1

3 6-72-0058 06/20/2013  P1B CPW PR 1.000

4 VIL 100 10 98                Copyright 1998, OneBeacon Insurance Group LLC              COMMON POLICY DECLARATIONS
                                    E-INSURED

BUTLER - 144

In witness whereof, we have issued this policy, signed by the President and Secretary, but it shall not be valid unless countersigned by our duly authorized representative.

Secretary

President

Countersigned

_____          _____
Authorized Representative                                          Date

**Policy Number:** 791-00-06-66-0000

**PROFESSIONAL LIABILITY COVERAGE PART DECLARATIONS**

**Limits of Insurance**

Public Officials Errors & Omissions

$1,000,000 Each Wrongful Act
$3,000,000 Aggregate
$5,000 Deductible Each
    Wrongful Act
06/15/2001 Retro Date

Public Officials Employment Practices

$1,000,000 Each Offense
$3,000,000 Aggregate
$5,000 Deductible Each
    Offense
06/15/2001 Retro Date

Public Officials Employee Benefits Administration

$1,000,000 Each Offense
$3,000,000 Aggregate
$1,000 Deductible Each
    Offense
06/15/2001 Retro Date

Law Enforcement Liability

$1,000,000 Each Wrongful Act
$3,000,000 Aggregate
$5,000 Deductible Each
    Wrongful Act

**Forms applicable to the Professional Liability Coverage Part:**
See ASC 00 11 01 98, Schedule 3

3 6-72-0058 06/20/2013  P1B CPW PR 1.000

APR 005 02 99          Copyright 1999, OneBeacon Insurance Group LLC
                                E-INSURED

PROFESSIONAL LIABILITY DECLARATIONS
Page 1 of 1

BUTLER - 146

# SCHEDULE 3

Effective 06/15/2013, this schedule forms a part of Policy No. 791-00-06-66-0000
(At the time stated in the policy)

Issued to

CITY OF DOUGLAS


Producer: PUBLIC RISK UNDERWRITERS OF GEORGIA,
INC.
by Atlantic Specialty Insurance Company

Commercial Professional Liability Coverage Part Declarations,
APR 005 02 99, Continued

Forms Applicable to the Professional Liability Coverage Part:

| | |
|---|---|
| APR 005 02 99 | PROFESSIONAL LIAB DECLARATIONS |
| GRS EO 102 07 07 | PUBLIC OFFICIALS ERRORS & OMISSIONS - CLAIMS MADE |
| GRS EO GA 01 07 07 | GA CHANGES - CANCELLATION AND NONRENEWALS |
| GRS EO GA 02 07 07 | GA CHANGES - PROTECTION OF IMMUNITY |
| GRS LE 101 07 07 | LAW ENFORCEMENT LIABILITY COVERAGE FORM |
| GRS LE 402 07 07 | DEDUCTIBLE LIABILITY INSURANCE - LOSS ONLY |
| GRS LE GA 01 07 07 | GA CHANGES - CANCELLATION AND NONRENEWAL |
| GRS LE GA 02 07 07 | GA CHANGES - PROTECTION OF IMMUNITY |
| ASC 00 11 01 98 | Schedule 3 - PROF LIAB POLICY FORMS LIST |

3 6-72-0058 06/20/2013  P1B CPW PR 1.000

ASC 00 11 01 98

E-INSURED

POLICY SCHEDULE
Page 1 of 1

BUTLER - 147

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Thomas F. Richardson
J. Travis Hall
Chambless, Higdon, Richardson, Katz & Griggs, LLP
3920 Arkwright Road, Ste. 405
P.O. Box 18086
Macon, GA 31209-8086

Nathaniel Haugabrook, II
Copeland, Haugabrook & Walker
104 East Adair Street
P.O. Box 1933
Valdosta, GA 31603

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com